**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | February 17, 2017 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-16-5804 (KAM) |
| **CASE NAME(S)** | **HARDY -V- CITY OF NEW YORK, ET AL.** |
| **FOR PLAINTIFF(S):** | Fett |
| **FOR DEFENDANT(S):** | Ferrari |
| **NEXT CONFERENCE(S):** | **MAY 3, 2017 AT 2:30 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 9:59 - 10:01 |

## RULINGS FROM INITIAL CONFERENCE:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 2/17/17;

Completion of Phase I discovery - 4/18/17;

Deadline for motions to join new parties or amend pleadings - 5/18/17;

First requests for production of documents and interrogatories due by - 6/2/17;

All discovery to be completed by 9/18/17;

Final date to take first step in dispositive motion practice - 10/18/17.

An in-person settlement conference will be held on May 3, 2017 at 2:30 p.m.  Parties are to submit their respective settlement positions via ex parte electronic filing no later than May 1, 2017.  Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.