

**THE CITY OF NEW YORK**

**ZACHARY W. CARTER**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DAVID FERRARI**
Assistant Corporation Counsel
Phone: (212) 356-5058
Fax: (212) 356-3509
Email: dferrari@law.nyc.gov

April 28, 2017

**VIA ECF**
Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Oquan Hardy v. City of New York, et al.,
                16-CV-5804 (KAM)(ST)

Your Honor:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendants City of New York and Officer Ibrahim Cisse in the above-referenced matter. Defendant write to respectfully request an adjournment of the Settlement Conference – currently scheduled for May 11, 2017 – to another date and time convenient for the Court. This is Defendants' first request for an adjournment of the Settlement Conference and plaintiff's counsel, Baree N. Fett, consents to this application.

        By Order dated April 26, 2017, this Court rescheduled the Settlement Conference in this action from May 3, 2017 at 2:30 p.m. to May 11, 2017 at 4 p.m. <u>See</u> Civil Docket Entry dated April 26, 2017. However, defense counsel is unavailable to appear on that day as he will be taking a previously-scheduled deposition.

        Accordingly, Defendants respectfully request that the Settlement Conference be adjourned to another date and time convenient for the Court.[1]

---

[1] Having conferred with plaintiff's counsel, both parties are available for a Settlement Conference on the following dates: May 17, 2017; May 24, 2017 after 2 p.m.; and May 25, 2017 after 11 a.m.

Thank you for your consideration herein.

                Respectfully submitted,

                _____/s/_____

                David Ferrari
                *Assistant Corporation Counsel*
                Special Federal Litigation Division

cc:  Barree N. Fett (*by ECF*)
    *Attorney for Plaintiff*