**CIVIL MINUTE ENTRY**

|  |  |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 17, 2017 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-16-5804 (KAM) |
| **NAME OF CASE(S):** | **HARDY V. CITY OF NEW YORK ET AL.** |
| **FOR PLAINTIFF(S):** | Fett |
| **FOR DEFENDANT(S):** | Ferrari, Nelson |
| **NEXT CONFERENCE(S):** | **SEPTEMBER 29, 2017 AT 10:00 A.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 10:12 - 10:13, 11:14 - 11:15 |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Settlement discussions were held but the parties were unable to reach a disposition at this time.

The Court will hold a further settlement conference on September 29, 2017 at 10:00 a.m