

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DAVID FERRARI
phone: (212) 356-5058
fax: (212) 356-3509
dferrari@law.nyc.gov

August 1, 2017

**BY ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>Oquan Hardy v. City of New York, et al.</u>
        16-CV-5804 (KAM)(ST)

Your Honors:

   I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendants City of New York, Officer Ibrahim Cisse, and Lieutenant Jose Vega in the above-referenced matter. Defendants write on behalf of the parties to respectfully inform the Court that the parties have reached a settlement in this matter. Accordingly, the parties respectfully request that all scheduled dates and deadlines in this matter be adjourned, *sine die*, pending the parties' execution and the Court's subsequent endorsement of a stipulation of dismissal.

Thank you for your time and consideration herein.

                Respectfully submitted,

                /s/

                David Ferrari
                *Assistant Corporation Counsel*
                Special Federal Litigation Division

cc:  Baree N. Fett (*by ECF*)
    *Attorney for Plaintiff*