UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

OQUAN HARDY,

                                      Plaintiff,

            -against-

CITY OF NEW YORK; Police Officer IBRAHIM CISSE, Shield No. 16003; Lieutenant JOSE VEGA; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                      Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-5804 (KAM)(ST)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2.     Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       August 2, 2017

| | |
|---|---|
| HARVIS & FETT, LLP<br>*Attorneys for Plaintiff*<br>305 Broadway, 14th Floor<br>New York, NY 10007<br>(212) 323-6880 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>   *Cisse, and Vega*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>Baree N. Fett<br>*Attorney for Plaintiff* | By: _____<br>David Ferrari<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017