**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ **AUG 0 2 2017** ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

OQUAN HARDY,

Plaintiff,

-against-

CITY OF NEW YORK; Police Officer IBRAHIM
CISSE, Shield No. 16003; Lieutenant JOSE
VEGA; and JOHN and JANE DOE 1 through 10,
individually and in their official capacities (the
names John and Jane Doe being fictitious, as the
true names are presently unknown),

Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

16-CV-5804 (KAM)(ST)

**WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, that

1.       The above-referenced action is hereby dismissed with prejudice; and

2.     Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York

_____*August 2*_____, 2017

HARVIS & FETT, LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, NY 10007
(212) 323-6880

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,*
    *Cisse, and Vega*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Baree N. Fett
    *Attorney for Plaintiff*

By: _____
    David Ferrari
    *Assistant Corporation Counsel*

SO ORDERED:

_____s/ KAM_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

Dated: __August 2__, 2017

2